CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorneys

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6627
      molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-mj-70244-MAG (LB) |
|     Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
|   v. | |
| ANTHONY MARVIN PEARSON, | |
|     Defendant. | |

      The court had a detention hearing on March 16, 2026 in the above-captioned case. The defendant is charged with a violation of 18 U.S.C. § 922(g)(1)- Felon in possession of firearm and ammunition. The government filed a detention memorandum in advance of the hearing, and a bail report was prepared by Pretrial Services. The government must establish the risk of non-appearance by a preponderance of the evidence, and it must establish danger to the community by clear and convincing evidence. 18 U.S.C. § 3142(f)(2)(B); see *United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985). Considering the information in the record and the factors set forth in 18 U.S.C. § 3142(g), the court ordered the defendant detained. Although, there may be conditions under 18 U.S.C. § 3142(c) that could be fashioned to address the serious risk of flight, the court cannot conclude that there are conditions that could reasonably assure the safety of the community, given the nature and context of the charges. 18 U.S.C. §§ 3142(e)–(f). The court orders the defendant detained without prejudice to his

revisiting the issue of bail at a later hearing. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id*. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *Id*. § 3142(i)(4).

**IT IS SO ORDERED.**

Dated:_____March 16, 2026_____

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

[PROPOSED] DETENTION ORDER
26-mj-70244-MAG (LB)